IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03046-WJM-MEH

JOLENE M. VARLEY,

    Plaintiff,

v.

CONTINENTAL AIRLINES, INC.,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 22, 2011.**

    Defendant's Unopposed Motion for Entry of Protective Order [filed February 18, 2011; docket #20] is **granted**. The Confidentiality Agreement and Protective Order is issued and filed contemporaneously with this minute order.