**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-03046-WJM-MEH
(Consolidated with 10-cv-03047-WDM-KMT and 10-cv-03048-MSK-MEH)

JOLENE M. VARLEY,

    Plaintiff,

v.

CONTINENTAL AIRLINES, INC.,

    Defendant.

## ORDER OF CONSOLIDATION

This matter comes before the Court on the parties' Joint Motion to Consolidate pursuant to Fed. R. Civ. P. 42(a) and D.C.COLO.LCivR 42.1 (ECF No. 18), filed February 1, 2011.

The Court finds that the three actions listed below involve common questions of law or fact, including common parties and common claims, before this Court.  Further, the Court finds that consolidation of these three cases will avoid unnecessary costs and delays.

It is therefore ORDERED that the following actions are consolidated for all purposes, and future filings in any of these actions shall contain the caption as set forth above and shall be docketed under the case number 10-cv-03046-WJM-MEH:

    1)    10-cv-03047-WDM-KMT and
    2)    10-cv-03048-MSK-MEH.

Dated this 10th day of March, 2011.

BY THE COURT:

s/ *William J. Martínez*
United States District Judge