**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10–cv–03046–WJM–MEH
(Consolidated with 10–cv–03047–WJM–MEH and
10–cv–03048–WJM–MEH)

JOLENE M. VARLEY,

      Plaintiff,

v.

CONTINENTAL AIRLINES, INC.,
      Defendant.

**ORDER**

This matter is before the Court pursuant to the Joint Stipulation of Partial Dismissal with Prejudice (ECF No. 31) filed March 15, 2011. Plaintiffs Arthur Fields and Valerie Fields and Defendant Continental Airlines, Inc., in accordance with Rule 41 of the Federal Rules of Civil Procedure state the following:

Plaintiffs and Defendant agree to (i) the dismissal with prejudice of all claims and causes of action asserted by Plaintiff Valerie Fields against Defendant; and (ii) the dismissal with prejudice of the Third Claim for Relief (Loss of Consortium) asserted by Plaintiffs in the Complaint and Jury Demand (ECF No. 1 10-cv-03047-WJM-MEH, p. 5, ¶¶ 25-27). Plaintiffs and Defendant further agree that the claims and causes of action asserted by Plaintiff Arthur Fields, with the exception of the Third Claim for Relief (Loss of Consortium) asserted in the Complaint and Jury Demand (ECF No. 1 10-cv-03047-

WJM-MEH, p. 5, ¶¶ 25-27) are unaffected by the Joint Stipulation of Partial Dismissal with Prejudice, and therefore remain pending before the Court.

Based on the foregoing, it is hereby ORDERED that (i) all claims and causes of action asserted by Plaintiff Valerie Fields against Defendant are DISMISSED WITH PREJUDICE; and (ii) the Third Claim for Relief (Loss of Consortium) asserted in the Complaint and Jury Demand [ECF No. 1 in 10–cv–03047–WJM–MEH, p. 5, ¶¶ 25–27] is hereby DISMISSED WITH PREJUDICE.

It is FURTHER ORDERED that the claims of Plaintiff Arthur Fields, with the exception of the Third Claim for Relief (Loss of Consortium) asserted in the Complaint and Jury Demand [ECF. No. 1 in 10–cv–03047–WJM–MEH, p. 5, ¶¶ 25–27], are unaffected by this Order as to Certain Claim and Certain Party, and remain pending before the Court.

It is FURTHER ORDERED that, with respect to the dismissals effected by this Order as to Certain Claim and Certain Party, as set forth above, Plaintiffs and Defendant will bear their own attorneys' fees and court costs.

Signed this 16th day of March, 2011.

BY THE COURT:

s/ *William J. Martínez*
United States District Judge