**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-03046-WJM-MEH
(Consolidated with 10-cv-03047-WDM-KMT and 10-cv-03048-MSK-MEH)

JOLENE M. VARLEY,
ARTHUR FIELDS,
VALERIE FIELDS,
RASHIDA VAZIRI,
SOHA VAZIRI,
ANAM VAZIRI,
IRFAN VAZIRI,

    Plaintiffs,

v.

CONTINENTAL AIRLINES, INC.,

    Defendant

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS
CLAIMS OF PLAINTIFFS ARTHUR FIELDS AND VALERIE FIELDS**
_____

This matter is before the Court on the Parties' Stipulated Motion for Dismissal With Prejudice the claims asserted in this action by Plaintiffs Arthur Fields and Valerie Fields (the "Fields Plaintiffs"), filed July 22, 2011 (ECF No. 37). The Court having reviewed the record and being fully advised hereby ORDERS as follows:

The Stipulated Motion for Dismissal of the Fields Plaintiffs' Claims with Prejudice is GRANTED. All claims and causes of action asserted by the Fields Plaintiffs against

Defendant are DISMISSED WITH PREJUDICE.  Each party shall be responsible for their or its own costs and attorneys' fees.

It is FURTHER ORDER that the claims of Plaintiffs Rashida Vaziri, Soha Vaziri, Anam Vaziri, and Irfan Vaziri are unaffected by this Order and remain pending before the Court.

Dated this 2nd day of August, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge